UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAMON SANTANA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-14097-LTS |
| | ) | |
| KELLY RYAN, Superintendent MCI Shirley | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

December 4, 2014

SOROKIN, D.J.

Ramon Santana has filed a petition for a writ of corpus under 28 U.S.C. § 2254

challenging his 2013 convictions for murder, assault, robbery, and illegal possession of a

firearm.  Santana has also filed motions to stay these proceedings while he exhausts his state

remedies as to certain claims and a motion for appointment of counsel.

The motion for appointment of counsel (#3) is DENIED WITHOUT PREJUDICE to

renewal after the government has responded to the petition.  Under the Criminal Justice Act

("CJA"), 18 U.S.C. § 3006A, the court may appoint counsel for  a "financially eligible" habeas

petitioner if "the interests of justice so require."  18 U.S.C. § 3006A(a)(2).  In addition, if the

Court decides to conduct an evidentiary hearing on the petition, the Court must appoint CJA

counsel for a financially eligible petitioner.  See Rule 8(c) of the Rules Governing Section 2254

Cases.  Here, the interests of justice do not require the appointment of CJA counsel at this stage

of the proceedings because the respondent has not been served with or responded to the petition

or the motions to stay.  The petitioner may a motion for appointment of counsel once the

respondent has replied to the petition.

The motion for leave to proceed in forma pauperis (#10) is DENIED WITHOUT

PREJUDICE.  Santana has paid the filing fee, and, at this point, there are no fees or costs that

would be the subject of a fee waiver.  If Santana does renew his motion for appointment of counsel, he may file a new motion for leave to proceed <u>in forma pauperis</u> (with all fields completed) and an updated prisoner account statement to show financially eligibility for appointment of counsel.

A separate order of service shall issue.

SO ORDERED.

 /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE