UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAMON SANTANA, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 14-cv-14097-ADB |
| KELLY RYAN, | * | |
| Respondent. | * | |

ORDER

BURROUGHS, D.J.

In a memorandum and order dated September 12, 2018 [ECF No. 48], the Court denied Ramon Santana's petition under 28 U.S.C. § 2254 for a writ of habeas corpus. In the same document, the Court granted a certificate of appealability. *See id.* at 32. Santana has since filed a notice of appeal [ECF No. 50] and a motion to appeal *in forma pauperis* [ECF No. 51]. For the reasons set forth below, the Court will deny the motion to appeal *in forma pauperis*.[1]

Under the Federal Rules of Appellate Procedure, a person moving for leave to appeal *in forma pauperis* must attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Where the appellant is a prisoner, he is required to submit "a certified copy of the trust fund

---

[1] Santana also included a request for a certificate of appealability within his motion to appeal *in forma pauperis*. Because the Court granted a certificate of appealability at the same time it denied the petition, the petitioner's request for a certificate of appealability is unnecessary.

account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal." 28 U.S.C. § 1915(a)(2).

Here, Santana has not submitted the required financial affidavit or a six-month prison account statement. Further, he did not include a statement of the issues he intends to present on appeal. Without the information from these documents, the Court cannot grant the petitioner's motion to appeal *in forma pauperis*.

Accordingly:

(1) The motion to appeal *in forma pauperis* is DENIED. If Santana still wants to pursue *in forma pauperis* status on appeal, he may, within thirty (30) days, file a new motion for leave to appeal *in forma pauperis* with the United States Court of Appeals for the First Circuit. *See* Fed. R. App. P. 24(a)(5).[2]

(2) The Clerk is directed to send Santana a copy of the form financial affidavit used by the United States Court of Appeals for the First Circuit.

(3) The Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the First Circuit.

**SO ORDERED.**

October 10, 2018 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

---

[2] Rule 24 of the Federal Rules of Appellate Procedure provides:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to appeal in forma pauperis]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5).